## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,                )
    1333 North Oracle Road                            )
    Tucson, AZ 85705                                       )
                                                                       )
          Plaintiff,                              )
                                                                       )
    v.                                                                 )
                                                                       )
CRAIG MANSON, Assistant Secretary for Fish and     )
    Wildlife and Parks,                                    )
    Department of Interior,                             )
    1849 C Street, NW                                     )
    Washington, DC 20240                             )
                                                                       )  Civil Action No.:
GALE NORTON, Secretary of the Interior,             )
    Department of the Interior                         )
    1849 C Street, NW                                     )
    Washington, DC 20240                             )
                                                                       )
MATTHEW J. HOGAN, Acting Director,              )
    U.S. Fish and Wildlife Service                   )
    1849 C Street, NW                                     )
    Washington, DC 20240                             )
                                                                       )
ROWAN GOULD, Regional Director,                    )
    Alaska Region (R7)                                    )
    U.S. Fish and Wildlife Service                   )
    1011 E. Tudor Road                                    )
    Anchorage, AK 99503                               )
                                                                       )
          Defendants.                          )

## CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Plaintiff, the Center for Biological Diversity,

certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries

or affiliates of the Plaintiff which have outstanding securities in the hands of the public. This

representation is made in order that judges of this court may determine the need for recusal.

Attorneys of Record for Plaintiff, Center for Biological Diversity

Respectfully submitted this 31st day of May, 2005,

Brent Plater (DC Bar No. 486505)
CENTER FOR BIOLOGICAL DIVERSITY
SAN FRANCISCO BAY AREA OFFICE
1095 Market Street, Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
bplater@biologicaldiversity.org

Justin Augustine (CA Bar No. 235561)
*Pro hac vice* pending
CENTER FOR BIOLOGICAL DIVERSITY
SAN FRANCISCO BAY AREA OFFICE
1095 Market Street, Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
jaugustine@biologicaldiversity.org

Attorneys for Plaintiff

Certificate Required by LCvR 7.1