IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY, )
   1333 North Oracle Road )
   Tucson, AZ 85705 )
          Plaintiff, )
   v. )
CRAIG MANSON, Assistant Secretary for Fish and )
   Wildlife and Parks, )
   Department of Interior, )
   1849 C Street, NW )
   Washington, DC 20240 )
          ) Civil Action No.:
GALE NORTON, Secretary of the Interior, )
   Department of the Interior )
   1849 C Street, NW )
   Washington, DC 20240 )
   )
MATTHEW J. HOGAN, Acting Director, )
   U.S. Fish and Wildlife Service )
   1849 C Street, NW )
   Washington, DC 20240 )
   )
ROWAN GOULD, Regional Director, )
   Alaska Region (R7) )
   U.S. Fish and Wildlife Service )
   1011 E. Tudor Road )
   Anchorage, AK 99503 )
          Defendants. )

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), Plaintiff respectfully moves the Court to admit Justin Augustine *pro hac vice* in the above captioned matter.

Justin Augustine is a member in good standing of the bar of the state of California (#235561). See Declaration of Justin Augustine ("Augustine Dec."), attached as Exhibit A, at 1.

Justin Augustine has never been disciplined by any bar. Id. at 2.

1         Motion for Admission *Pro Hac Vice*

Justin Augustine has been admitted to practice *pro hac vice* before the U.S. District Court for the District of Columbia once in the past two years--case number 1:05-cv-1045. Id. at 3.

Justin Augustine is familiar with the rules of this Court, the facts of this case, and the pleadings of this case. Id. at 4. If permitted to appear on behalf of Plaintiff, Justin Augustine will be associated with the undersigned Brent Plater, who is an active member in good standing of the bar of this Court. Brent Plater will participate in the preparation and trial of this case to the extent required by the Court.

For the reasons set forth, I respectfully request that the Court grant this motion for Justin Augustine to appear *pro hac vice* in all matters in this case.

Respectfully submitted this 31st day of May, 2005,

Brent Plater (DC Bar No. 486505)
CENTER FOR BIOLOGICAL DIVERSITY
SAN FRANCISCO BAY AREA OFFICE
1095 Market Street, Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
bplater@biologicaldiversity.org

Attorney for Plaintiff