IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br>1333 North Oracle Road<br>Tucson, AZ 85705<br><br>   Plaintiff,<br><br>v.<br><br>CRAIG MANSON, Assistant Secretary for Fish and<br>  Wildlife and Parks,<br>Department of Interior,<br>1849 C Street, NW<br>Washington, DC 20240<br><br>GALE NORTON, Secretary of the Interior,<br>Department of the Interior<br>1849 C Street, NW<br>Washington, DC 20240<br><br>MATTHEW J. HOGAN, Acting Director,<br>  U.S. Fish and Wildlife Service<br>1849 C Street, NW<br>Washington, DC 20240<br><br>ROWAN GOULD, Regional Director,<br>  Alaska Region (R7)<br>  U.S. Fish and Wildlife Service<br>1011 E. Tudor Road<br>Anchorage, AK 99503<br><br>   Defendants. | Civil Action No.: |

## DECLARATION OF JUSTIN AUGUSTINE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, JUSTIN JOHN AUGUSTINE, declare as follows:

1. I am a member in good standing of the bar of the State of California (#235561).

2. I have not been disciplined by any bar.

3. I have been admitted to practice before the U.S. District Court for the District of Columbia *pro hac vice* once in the past two years—case number 1:05-cv-1045.

4. I am familiar with the facts and issues presented in this case. I have read and understand the local rules of this Court.

Declaration of Justin Augustine in Support
of Motion for Admission *Pro Hac Vice*

5. The facts set forth in this declaration are based on my personal knowledge and if called as a witness, I could and would competently testify as such under oath.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted this 31st day of May, 2005,

Justin Augustine (CA Bar No. 235561)
*Pro hac vice* pending
CENTER FOR BIOLOGICAL DIVERSITY
SAN FRANCISCO BAY AREA OFFICE
1095 Market Street, Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
jaugustine@biologicaldiversity.org

Attorney for Plaintiff