IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY, )
    1333 North Oracle Road )
    Tucson, AZ 85705 )
             Plaintiff, )
)
v. )
)
CRAIG MANSON, Assistant Secretary for Fish and )
    Wildlife and Parks, )
    Department of Interior, )
    1849 C Street, NW )
    Washington, DC 20240 )
) Civil Action No.:
GALE NORTON, Secretary of the Interior, )
    Department of the Interior )
    1849 C Street, NW )
    Washington, DC 20240 )
)
MATTHEW J. HOGAN, Acting Director, )
    U.S. Fish and Wildlife Service )
    1849 C Street, NW )
    Washington, DC 20240 )
)
ROWAN GOULD, Regional Director, )
    Alaska Region (R7) )
    U.S. Fish and Wildlife Service )
    1011 E. Tudor Road )
    Anchorage, AK 99503 )
)
            Defendants. )

### [proposed] ORDER

Upon consideration of Plaintiffs' motion to admit Justin Augustine *pro hac vice*, it is, on this _____ day of _____, 2005, hereby ORDERED that Plaintiff's motion to admit Justin Augustine *pro hac vice* is granted, and it is hereby FURTHER ORDERED that Justin Augustine may appear before the Court on all matters concerning the above captioned case.

Dated:_____

_____

[proposed] Order

1