**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CENTER FOR BIOLOGICAL DIVERSITY, :
:
      Plaintiff, :
:
  v. : Civil Action No. 05-1087 (JR)
:
CRAIG MANSON, Assistant :
Secretary for Fish and Wildlife :
and Parks, *et al.*, :
:
      Defendants. :

### ORDER

Upon consideration of plaintiff's motion for the *pro hac vice* appearance [3] of Justin Augustine, it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.

                                              JAMES ROBERTSON
                             United States District Judge