**I IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil No.: 1:05CV01087 (JR)<br>CRAIG MANSON, )<br>GALE NORTON, )<br>MATTHEW J. HOGAN, )<br>and ROWAN GOULD )<br>)<br>Defendants. )<br>) | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 6, 2005, I served the following documents:

1.) COMPLAINT

2.) SUMMONS

3.) CERTIFICATE REQUIRED BY LCvR 7.1

4.) MAGISTRATE CONSENT FORM

5.) ELECTRONIC CASE FILING ORDER

6.) MOTION FOR ADMISSION PRO HAC VICE

7.) DECLARATION OF JUSTIN AUGUSTINE IN SUPPORT OF

   MOTION FOR ADMISSION PRO HAC VICE

8.) PROPOSED ORDER

on the following:

Craig Manson
Assistant Secretary for Fish and Wildlife and Parks
U. S. Department of Interior
1849 C Street, NW
Washington, D.C. 20240

- 1 -                                    CERTIFICATE OF SERVICE

    Gale Norton
    Secretary of Interior
    Department of Interior
    1849 C Street, NW
    Washington, D.C. 20240

    Matthew J. Hogan
    Acting Director
    U.S. Fish and Wildlife Service
    1849 C Street, NW
    Washington, D.C. 20240

    Rowan Gould
    Regional Director
    Alaska Region (R7)
    U.S. Fish and Wildlife Service
    1011 E. Tudor Road
    Anchorage, AK 99503

    Alberto Gonzalez
    U.S. Attorney General
    Department of Justice
    950 Pennsylvania Ave., NW
    Washington, DC 20530-0001

by mailing a true copy of each document enclosed in a sealed envelope and sent via U.S. certified mail.  Attached to this Certificate is Exhibit A, a true and correct copy of each of the certified mail receipts.

    The above mentioned documents were delivered by hand on June 1, 2005, by Brian Litmans (see Exhibit B) to:

    Civil Processing Clerk
    U.S. Attorney's Office
    555 4th Street, NW
    Washington, D.C. 20530

    I certify under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

- 2 -        CERTIFICATE OF SERVICE

Respectfully submitted,

DATED: June 24, 2005.

*[signature: Justin Augustine]*
_____

Justin Augustine (CA Bar No. 235561)
*Pro hac vice*
CENTER FOR BIOLOGICAL
DIVERSITY
SAN FRANCISCO BAY AREA OFFICE
1095 Market Street, Suite 511
San Francisco, CA  94103
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
jaugustine@biologicaldiversity.org

Brent Plater (DC Bar No. 486505)
CENTER FOR BIOLOGICAL
DIVERSITY
SAN FRANCISCO BAY AREA OFFICE
1095 Market Street, Suite 511
San Francisco, CA 94103
Telephone:  (415) 436-9682
Facsimile: (415) 436-9683
bplater@biologicaldiversity.org

Attorneys for Plaintiff