AO 440 (Rev. DC - September 2003) Summons in a Civil Action

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## District of Columbia

CENTER FOR BIOLOGICAL DIVERSITY,

Plaintiff,

V.

CRAIG MANSON, Assistant Secretary for Fish and Wildlife and Parks, U.S. Department of the Interior, GALE NORTON, Secretary of Interior, MATTHEW J. HOGAN, Acting Director, U.S. Fish and Wildlife Service, ROWAN GOULD, Regional Director, Alaska Region (R7), U.S. Fish and Wildlife Service,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:05CV01087

JUDGE: James Robertson

DECK TYPE: Administrative Agency Review

DATE STAMP: 06/01/2005

TO: (Name and address of Defendant)

Civil Processing Clerk
United States Attorney's Office
555 4th St., NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brent Plater
[address redacted]
1095 Market Street, Suite 511
San Francisco, CA 94103
Phone: 415-436-9682
Fax: 415-436-9683
bplater@biologicaldiversity.org
jaugustine@biologicaldiversity.org

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON       JUN 0 1 2005
CLERK                                                       DATE

[signature]
(By) DEPUTY CLERK

(003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| ...mmons and complaint was made by me[1] | June 1, 2005 |
| (PRINT) Brian Litmans | TITLE |

_box below to indicate appropriate method of service_

☒ Served personally upon the defendant. Place where served: 555 4th St, NW, Washington DC 20530

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $5.40 | $40 | $45.40 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/1/2005
           Date

Signature of Server

7107 Holly Ave, Takoma Park MD 20912
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.