IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,  )<br>  )<br>Plaintiff,  )<br>v.  )<br>  )<br>CRAIG MANSON, Assistant Secretary for Fish  )<br>and Wildlife and Parks, <u>et al.</u>,  )<br>  )<br>Defendants.  )<br>  ) | Civil Action No. 05-01087 (JR) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kevin W. McArdle of the United States Department of Justice hereby enters his appearance as counsel for Defendants in the above-captioned case.

Please send all Pleadings, Filings and Correspondence to:

| | |
|---|---|
| U.S. Mail: | Kevin W. McArdle<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Wildlife and Marine Resources Section<br>Ben Franklin Station, P.O. Box 7369<br>Washington, D.C. 20044-7369 |
| Federal Express:<br>(Hand-delivery) | Kevin W. McArdle<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Wildlife and Marine Resources Section<br>601 D. Street, NW, Third Floor<br>Washington, D.C. 20004 |
| Telephone:<br>Facsimile: | (202) 305-0219<br>(202) 305-0275 |
| Electronic mail: | kevin.mcardle@usdoj.gov |

Dated this 27th day of June, 2005.

        Respectfully submitted,

        KELLY A. JOHNSON
        Acting Assistant Attorney General
        United States Department of Justice
        Environment & Natural Resources Division
        JEAN E. WILLIAMS, Chief
        LISA L. RUSSELL, Assistant Chief

            /s/ Kevin W. McArdle
        KEVIN W. McARDLE, Trial Attorney
        SBN 454569 (DC)
        U.S. Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section
        Benjamin Franklin Station, P.O. Box 7369
        Washington, D.C. 20044-7369
        Tele:  (202) 305-0219
        Fax: (202) 305-0275

        Attorneys for Defendants