IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>CRAIG MANSON, et al.,  )<br>)<br>Defendants.  )<br>) | Civil No.: 1:05-CV-01087 (JR) |

**DECLARATION OF KIERAN MULVANEY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, Kieran Mulvaney, declare as follows:

1. The facts stated herein are personally known to me and, if called as a witness, I would and could competently testify thereto.

2. My name is Kieran Mulvaney and I am a resident of Anchorage, Alaska, where I have lived for the past seven years.

3. I am a professional author and activist with a long history of work in the field of ocean research and conservation.

4. In 1985, I began my career as an environmental journalist focusing on ocean issues.

5. In the summer of 1998, I traveled in the North Pacific—including areas where the northern sea otter is known to live, conducting research on environmental issues in the region.

6. Based on these experiences, in 2001, I authored "At the Ends of the Earth: A History of the Polar Regions," which includes references to the hunting of sea otters.

7. I intend to research and write a history of the Bering Sea ecosystem, which will require me to conduct research into the past, present, and future of humanity's relationship with sea otters and will require ongoing visits to the Aleutian Islands, the

Alaska Peninsula, and the Kodiak Archipelago in Alaska to view and experience sea otters.

8. I am a member of the Center for Biological Diversity ("the Center"). I support the Center's conservation and education work and rely on the organization to advocate on my behalf. One of the primary purposes of the Center is to ensure the protection of imperiled species, including northern sea otters. Because so much of my professional and recreational activities are dependent upon the protection and conservation of sea otters and their habitats, the Center's mission is directly tied to my own interests and well-being.

9. I have personal, professional, aesthetic, recreational, and spiritual interests in the northern sea otter and its habitats, including southwest Alaska. The Center and its members have participated in efforts to protect and preserve the continued survival of the northern sea otter, and in the process, the Center is protecting my own interests. For example, the Center filed a petition to list the population of sea otters that lives in southwest Alaska on October 26, 2000. Such listing would ensure that my professional, recreational, and other interests are preserved and remain free from injury.

10. My interests are being harmed and face further harm due to the United States Fish and Wildlife Service's failure to properly act in accordance with the listing procedures of the Endangered Species Act. The northern sea otter, especially the population in southwest Alaska, is critically imperiled. Its imperiled status is further perpetuated by the failure to provide the protections of the ESA. Because the ESA requires the federal government to conserve and recover sea otters, my ability to

observe the otters and complete my professional activities is impeded so long as the listing is unlawfully delayed.

11. Final listing will be an important step for southwest Alaska northern sea otter protection and recovery. It will send an important message to private parties and to state and local officials that the U.S. Government is serious about preventing the extinction of the population. Furthermore, listing would afford the northern sea otter the protections of the Endangered Species Act, such as ensuring that government projects which might jeopardize the species must go through the ESA Section 7 Consultation process.

12. As someone who is deeply concerned about the fate of our imperiled marine wildlife, and the southwest Alaska northern sea otter population in particular, I am deeply troubled by the failure of the Fish and Wildlife Service to complete the listing process for this species. Failing to finalize this process will increase the risk of extinction for this unique and fascinating creature.

13. I have searched and continue to search for the northern sea otter in the southwest portion of Alaska, including the Aleutian Islands and western Cook Inlet. I have made these visits in the course of professional and personal field studies. I have a profound appreciation for the sea otter. I have made it a personal and professional mission to try to provide information leading to the protection and restoration of marine species. I intend to continue activities that will lead to the recovery of the northern sea otter, especially the population in southwest Alaska, and I intend to visit areas where the species is currently found at least once a year for the foreseeable future.

14. The listing of the northern sea otter under the Endangered Species Act is an important step in assuring this species' continued existence. Now is an important time to list the species because now there is hope that the species can recover.

15.  If the southwest Alaska northern sea otter population is not listed in the immediate future, its slide toward extinction will accelerate.  If the sea otter continues to decline or goes extinct, the Center and I will suffer a personal and professional loss, because it is our goal to protect this species, and that goal cannot be achieved without the protections afforded under the Endangered Species Act.  Personally, I will suffer: 1) a loss of biological health, as the environment will be degraded by the loss of the species, which is an integral part of the ecosystem; 2) a loss of psychological and spiritual health, from knowing that the species would be in decline and face illegal and indeterminate extinction risks; 3) an aesthetic loss, from the reduced chance and potential loss of a chance to see the sea otter in the wild; 4) a recreational loss, as my outdoor enjoyment is diminished when animals such as the northern sea otter are extirpated from areas where I like to recreate; and 5) a professional loss, as I will not be able to continue my research and writing if the southwest Alaska northern sea otter goes extinct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 4, 2005              /s/ Kieran Mulvaney
                                            Kieran Mulvaney