**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil No.: 1:05-CV-01087 (JR)<br>CRAIG MANSON, et al., )<br>)<br>Defendants. )<br>) | |

**[PROPOSED] ORDER**

Pursuant to Federal Rule of Civil Procedure 56, and in consideration of Plaintiff's Motion for Summary Judgment, and having found that Defendants Craig Manson, Gale Norton, Matthew J. Hogan, and Rowan Gould have acted arbitrarily and capriciously, not in accordance with law, and without observance of procedure, in violation of the Endangered Species Act ("ESA"), 16 U.S.C. § 1531 et seq., and the Administrative Procedure Act ("APA"), 5 U.S.C. 706, by failing to finalize the proposed rule to list the southwest Alaska northern sea otter DPS, as required by 16 U.S.C. § 1533(a)(1) and 16 U.S.C. § 1533 (b)(6)(A), the Court now issues its Order in this case.

IT IS ORDERED that Plaintiff's motion for summary judgment is Granted, and

IT IS FURTHER ORDERED that Defendants must publish in the Federal Register a final rule to list the southwest Alaska northern sea otter DPS within 30 days of this Order; and

IT IS FURTHER ORDERED that the Court will retain jurisdiction for the purpose of ensuring compliance with this Order, and to resolve any motion by plaintiff

for attorneys' fees and costs.  If the parties are unable to resolve attorneys' fees among themselves, plaintiffs shall file any such motion within 30 days of this Order.

IT IS SO ORDERED

DATED this _____day of _____2005

_____
Honorable James Robertson
United States District Court Judge

Attorney(s) to be notified:

    Kevin W. McArdle
    U.S. Department of Justice
    Environment and Natural Resources Division
    Wildlife and Marine Resources Section
    Ben Franklin Station, P.O. Box 7369
    Washington, D.C. 20044-7369
    Telephone: (202) 305-0219
    Facsimile: (202) 305-0275
    E-mail: kevin.mcardle@usdoj.gov