**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | |
| )    Civil No.: 1:05-CV-01087 (JR) | |
| CRAIG MANSON, et al.,    ) | |
| ) | |
| Defendants.    ) | |
| ) | |

<u>**DECLARATION OF JUSTIN AUGUSTINE**</u>

I, Justin Augustine, do declare and if called as a witness would testify as follows:

1.    I am an attorney licensed to practice before the court of the State of California, and I am an attorney of record for Plaintiff in this case. I have personal knowledge of the facts set forth herein and am competent to testify as to them if called.

2.    I have attached hereto and marked as Exhibit A a true and correct copy of Estes, J.A., M.T. Tinker, A.M. Doroff, and D.M. Burn, *Continuing Sea Otter Population Declines in the Aleutian Archipelago,* 21(1) Marine Mammal Science 169 (2005).

3.    I have attached hereto and marked as Exhibit B a true and correct copy of Doroff, A.M., J.A. Estes, M.T. Tinker, D.M. Burn, and T.J. Evans, *Sea Otter Population Declines in the Aleutian Archipelago,* 84(1) Journal of Mammalogy 55 (2003).

4.    I have attached hereto and marked as Exhibit C a true and correct copy of <u>Center for Biological Diversity v. Evans,</u> No. 04 Civ. 04496 (N.D. Cal. June 14, 2005).

Dated: August 5, 2005

Respectfully submitted,

*Justin Augustine*

_____

- 1 -    DECLARATION OF JUSTIN
AUGUSTINE

Brent Plater (DC Bar No. 486505)
CENTER FOR BIOLOGICAL DIVERSITY
SAN FRANCISCO BAY AREA OFFICE
1095 Market Street, Suite 511
San Francisco, CA 94103
Telephone:  (415) 436-9682
Facsimile: (415) 436-9683
bplater@biologicaldiversity.org

Justin Augustine (CA Bar  No. 235561)
*Pro hac vice*
CENTER FOR BIOLOGICAL DIVERSITY
SAN FRANCISCO BAY AREA OFFICE
1095 Market Street, Suite 511
San Francisco, CA  94103
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
jaugustine@biologicaldiversity.org


Attorneys for Plaintiff

DECLARATION OF JUSTIN
AUGUSTINE