IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, )<br>)<br>Plaintiff, )<br>v. ) Civ. No. 05-01087 (JR)<br>)<br>CRAIG MANSON, Assistant Secretary for Fish )<br>and Wildlife and Parks, <u>et al.</u>, )<br>)<br>Defendants. )<br>) | |

**DEFENDANTS' UNOPPOSED MOTION
FOR AN EXTENSION OF TIME**

Defendants respectfully move the Court for a ten-day extension of time, to and including August 19, 2005, within which to file their answer or other response to the Complaint. This is Defendants' first request for an extension of time for this purpose. Counsel for Defendants has conferred with counsel Plaintiff's counsel regarding this motion, and Plaintiff's counsel has stated that Plaintiff does not oppose this motion.

Good cause exists to grant this motion. The Complaint alleges that the Defendants have failed to finalize the proposed rule to list the southwest Alaska distinct population segment of the northern sea other as a threatened species under the Endangered Species Act, 16 U.S.C. §§ 1531-1544. Compl. ¶¶ 1, 53-56. However, on August 4, 2005, the United States Department of the Interior, Fish and Wildlife Service, submitted the final rule to the Federal Register for publication on or about August 9, 2005. Attachment A. Thus, the additional time will allow counsel for Defendant to confer with Plaintiff's counsel to determine whether, in light of the publication of the final rule, this matter can be resolved without the need for further proceedings.

WHEREFORE, Defendants respectfully request that this motion for an extension of time be granted and that the due date for the filing of Defendants' answer or other response to the Complaint be extended to and including August 19, 2005.

Dated this 8th day of August, 2005.

        Respectfully submitted,

        KELLY A. JOHNSON
        Acting Assistant Attorney General
        United States Department of Justice
        Environment & Natural Resources Division
        JEAN E. WILLIAMS, Chief
        LISA L. RUSSELL, Assistant Chief

           /s/ Kevin W. McArdle
        KEVIN W. McARDLE, Trial Attorney
        SBN 454569 (DC)
        U.S. Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section
        Benjamin Franklin Station, P.O. Box 7369
        Washington, D.C. 20044-7369
        Tele:  (202) 305-0219
        Fax: (202) 305-0275

        Attorneys for Defendants