**ATTACHMENT A TO DEFENDANTS' UNOPPOSED
MOTION FOR AN ENLARGEMENT OF TIME**

Center for Biological Diversity, et al. v. Manson, et al.,
Civ. No. 05-01087 (JR)



PUBLIC WORKSHOPS

If you work with the *Federal Register* (FR) or the *Code of Federal Regulations* (CFR), you may find these free workshops especially valuable.

*You can also take the:*

On-line Tutorial

# Documents on Public Inspection

This is a list of documents that are available for you to review before they are printed in the *Federal Register*.

**Updated as of:**
8:45 a.m., Monday, August

- Regular Filing
- Special Filing

Visit the Office of the Feder[a]
Register during business ho[urs]
to:

Inspect these documen[ts]

Make copies for a nomi[nal fee]

Public Inspec[tion] Documents a[re] preview requ[ired] for the public before they a[re printed in] the *Federal R[egister]*

- The *Federal*
- Federal Register A[ct]

---

**Special Filing: C F H N P S | Regular Filing**

This Special Filing list was updated at 8:45 a.m., Monday, August 8, 2005. These documents will appear in a future *Federal Register*.

---

## CENTERS FOR MEDICARE & MEDICAID SERVICES

### RULES

Medicare:

Hospital inpatient prospective payment systems and 2006 FY rate, 05-15406
[Filed 8/01/05 at 4:16pm]

Publication Date: 8/12/05

Inpatient rehabilitation facility prospective payment system (2006 FY) update, 05-15419
[Filed 8/1/05 at 4:16pm]

Publication Date: 8/15/05

TOP OF PAGE

## FARM CREDIT ADMINISTRATION

### NOTICES

Meetings; Sunshine Act, 05-15765
[Filed 8/4/05 at 4:14pm]

    Publication Date: 8/9/05

[TOP OF PAGE]

## FEDERAL COMMUNICATIONS COMMISSION

### NOTICES

Meetings; Sunshine Act, 05-15809
[Filed 8/5/05 at 12:45pm]

    Publication Date: 8/9/05

[TOP OF PAGE]

## FISH AND WILDLIFE SERVICE

### RULES

Endangered and threatened species:

    Northern sea otter, 05-15718
    [Filed 8/4/05 at 2:16pm]

    Publication Date: 8/9/05

### PROPOSED RULES

Endangered and threatened species:

    Northern sea otter, 05-15717
    [Filed 8/4/05 at 2:16pm]

    Publication Date: 8/9/05

[TOP OF PAGE]

## HOUSING AND URBAN DEVELOPMENT DEPARTMENT

### NOTICES

Grants and cooperative agreements; availability, etc.:

    Discretionary programs (SuperNOFA), 05-15701
    [Filed 8/4/05 at 11:28am]

    Publication Date: 8/9/05

[TOP OF PAGE]