**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| CENTER FOR BIOLOGICAL DIVERSITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) Civ. No. 05-01087 (JR) | |
| | ) | |
| CRAIG MANSON, Assistant Secretary for Fish | ) | |
| and Wildlife and Parks,  et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ERRATA TO DEFENDANTS' UNOPPOSED
MOTION FOR AN EXTENSION OF TIME**

On August 8, 2005, Defendants filed an Unopposed Motion for an Extension of Time

within which to file their answer or other response to the Complaint.  During the ECF filing

process, counsel for Defendants inadvertently did not include a proposed order as an attachment

to the motion.  Accordingly, Defendants respectfully provide the proposed order as an

attachment to this errata.

Dated this 8th day of August, 2005.

                                    Respectfully submitted,

                                    KELLY A. JOHNSON
                                    Acting Assistant Attorney General
                                    United States Department of Justice
                                    Environment & Natural Resources Division
                                    JEAN E. WILLIAMS, Chief
                                    LISA L. RUSSELL, Assistant Chief


                                    _____/s/ Kevin W. McArdle_____
                                    KEVIN W. McARDLE, Trial Attorney
                                    SBN 454569 (DC)
                                    U.S. Department of Justice
                                    Environment & Natural Resources Division
                                    Wildlife & Marine Resources Section

Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Tele:  (202) 305-0219
Fax: (202) 305-0275

Attorneys for Defendants