IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CRAIG MANSON, Assistant Secretary for Fish )<br>and Wildlife and Parks, et al., )<br>)<br>Defendants. )<br>) | Civ. No. 05-01087 (JR) |

[PROPOSED] **ORDER**

Upon consideration of Defendants' Unopposed Motion for An Extension of Time, it is hereby:

ORDERED that the motion is GRANTED and that Defendants' answer or other response to the Complaint shall be filed on or before August 19, 2005.


SO ORDERED this ___ day of _____, 2005.


_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE