IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CRAIG MANSON, Assistant Secretary for Fish )<br>and Wildlife and Parks, <u>et al.</u>, )<br>)<br>Defendants. )<br>) | Civ. No. 05-01087 (JR) |

**JOINT MOTION TO STAY PROCEEDINGS**

The parties respectfully request that the Court stay all proceedings in this case for thirty-five (35) days, to and including September 20, 2005, while the parties pursue settlement. As demonstrated below, good cause exists for the proposed stay.

On June 1, 2005, plaintiff filed a complaint for declaratory and injunctive relief alleging that the defendants failed to finalize the proposed rule to list the southwest Alaska northern sea otter distinct population segment as a threatened species pursuant to the Endangered Species Act, 16 U.S.C. §§ 1531-44, within the 12-month time frame required under 16 U.S.C. § 1533(b)(6). On August 9, 2005, a final rule was published in the Federal Register. 70 Fed. Reg. 46366 (Aug. 9, 2005).

In light of the publication of the final rule, the parties have been discussing whether this matter can be resolved amicably. The parties believe that these discussions can be concluded within 35 days. Therefore, in order to conserve the resources of the parties and the Court, the parties respectfully request that the Court stay all proceedings in this case for 35 days. A proposed Order is included.

Dated: August 16, 2005

Respectfully submitted,

| | |
|---|---|
| */s/ Brent Plater* | KELLY A. JOHNSON |
| Brent Plater (DC Bar No. 486505) | Acting Assistant Attorney General |
| Center for Biological Diversity | United States Department of Justice |
| San Francisco Bay Area Office | Environment & Natural Resources Division |
| 1095 Market Street, Suite 511 | JEAN E. WILLIAMS, Chief |
| San Francisco, CA 94103 | LISA L. RUSSELL, Assistant Chief |
| Telephone: (415) 436-9682 | |
| Facsimile: (415) 43609683 | */s/ Kevin W. McArdle* |
| bplater@biologicaldiversity.org | KEVIN W. McARDLE, Trial Attorney |
| | SBN 454569 (DC) |
| Justin Augustine (CA Bar No. 235561) | U.S. Department of Justice |
| *Admitted Pro Hac Vice* | Environment & Natural Resources Division |
| Center for Biological Diversity | Wildlife & Marine Resources Section |
| San Francisco Bay Area Office | Benjamin Franklin Station, P.O. Box 7369 |
| 1095 Market Street, Suite 511 | Washington, D.C. 20044-7369 |
| San Francisco, CA 94103 | Tele: (202) 305-0219 |
| Telephone: (415) 436-9682 | Fax: (202) 305-0275 |
| Facsimile: (415) 436-9683 | |
| jaugustine@biologicaldiversity.org | Attorneys for Defendants |

Attorneys for Plaintiff