# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CRAIG MANSON, Assistant Secretary for Fish ) <br> and Wildlife and Parks, <u>et al.</u>, ) <br> ) <br> Defendants. ) <br> ) | Civ. No. 05-01087 (JR) |

### [PROPOSED] **ORDER**

Upon consideration of the parties' Joint Motion to Stay Proceedings, it is hereby ORDERED that:

(1)     All proceedings in this case are STAYED to and including September 20, 2005, to allow the parties to pursue settlement; and

(2)     If the parties are unable to reach a settlement, the parties shall file a joint status report on or before October 4, 2005 proposing a schedule for further proceedings.


SO ORDERED this ___ day of _____, 2005.


_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE