IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>       Plaintiff,<br>  v.<br><br>CRAIG MANSON, Assistant Secretary for Fish and Wildlife and Parks, <u>et al.</u>,<br><br>       Defendants. | )<br>)<br>)<br>)<br>) Civ. No. 05-01087 (JR)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATED SETTLEMENT AGREEMENT AND [PROPOSED] ORDER**

Plaintiff, the Center for Biological Diversity, and Defendants, Craig Manson, Assistant Secretary for Fish and Wildlife and Parks, United States Department of the Interior; Gale Norton, Secretary of the Interior; Matthew J. Hogan, Acting Director, United States Fish and Wildlife Service; and Rowan Gould, Regional Director, Alaska Region (R7), United States Fish and Wildlife Service, by and through their undersigned counsel, state as follows:

WHEREAS on February 11, 2004, the U.S. Fish and Wildlife Service ("Service") published in the Federal Register a proposed rule to list the Southwest Alaska distinct population segment of the Northern Sea Otter (*Enhydra lutris kenyoni*) ("Otter") as a threatened species pursuant to the Endangered Species Act, 16 U.S.C. §§ 1531-1540 ("ESA"), 69 Fed. Reg. 6600 (Feb. 11, 2004);

WHEREAS on June 1, 2005, Plaintiff filed a Complaint for declaratory and injunctive relief pursuant to the ESA, alleging that the Defendants failed to publish a final listing rule regarding the Otter within the twelve month time frame required by 16 U.S.C. § 1533(b)(6);

WHEREAS on August 9, 2005, the Service published in the Federal Register a final rule listing the Otter as a threatened species under the ESA, 70 Fed. Reg. 46,366 (Aug. 9, 2005);

WHEREAS Plaintiff and Defendants, through their authorized representatives and without any admission or final adjudication of the issues of fact or law with respect to the Plaintiff's claims, have reached a settlement that they consider to be a just, fair, adequate, and equitable resolution of the disputes set forth in Plaintiff's Complaint; and

WHEREAS Plaintiff and Defendants agree that settlement of this action in this manner is in the public interest and is an appropriate way to resolve the dispute between them;

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

1. Defendants agree that for the purpose of an award of costs and attorneys' fees, Plaintiff is the "prevailing party" in this action, and Defendants agree to pay Plaintiff's reasonable attorneys' fees and costs out of the Judgment Fund pursuant to Section 11(g)(4) of the ESA, 16 U.S.C. § 1540(g)(4). Therefore, Defendants agree to settle Plaintiff's claim for litigation costs by paying Plaintiff a total of $11,928.28. A check will be made payable in that amount to the Center for Biological Diversity, and mailed to Justin Augustine, Center for Biological Diversity, 1095 Market Street, Suite 511, San Francisco, CA 94103.

2. Defendants agree to submit all paperwork necessary for payment of litigation costs to the Department of the Treasury's Judgment Fund Office, pursuant to 16 U.S.C. § 1540(g)(4), within ten (10) business days of receipt of the signed Court order approving this stipulation.

3. Plaintiff agrees to accept the payment referenced in Paragraph 1 above in full satisfaction of any and all claims for litigation costs to which Plaintiff is entitled in this case, through and including the date of this agreement, and agrees that receipt of this payment from the Government shall operate as a release of its claim for litigation costs in this matter, through and including the date of this Agreement.

4. Plaintiff reserves the right to seek additional litigation costs incurred subsequent to this Agreement arising from any unforeseen continuation of this action.

5. By this Agreement, Defendants do not waive any right to contest fees claimed by Plaintiff or its counsel, including the hourly rate, in any future litigation or continuation of the present action. Further, this stipulation as to litigation costs has no precedential value and shall not be used as evidence in any other litigation.

6. The parties agree that this Agreement was negotiated in good faith and it constitutes a settlement of claims that were vigorously contested, denied, and disputed by the parties. By entering into this Agreement, the parties do not waive any claim or defense in this or any other case.

7. The undersigned representatives of each party certify that they are fully authorized by the party they represent to agree to the Court's entry of the terms and conditions of this Agreement and do hereby agree to the terms herein.

8. The terms of this Agreement shall become effective upon entry of an order by the Court ratifying this Agreement.

9. Upon approval of this Agreement by the Court, Plaintiff's Complaint shall be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: September 29, 2005

Respectfully submitted,

| | |
|---|---|
| */s/ Brent Plater* | KELLY A. JOHNSON |
| Brent Plater (DC Bar No. 486505) | Acting Assistant Attorney General |
| Center for Biological Diversity | United States Department of Justice |
| San Francisco Bay Area Office | Environment & Natural Resources Division |
| 1095 Market Street, Suite 511 | JEAN E. WILLIAMS, Chief |
| San Francisco, CA 94103 | LISA L. RUSSELL, Assistant Chief |
| Telephone: (415) 436-9682 | |
| Facsimile: (415) 43609683 | */s/ Kevin W. McArdle* |
| bplater@biologicaldiversity.org | KEVIN W. McARDLE, Trial Attorney |
| | SBN 454569 (DC) |
| Justin Augustine (CA Bar No. 235561) | U.S. Department of Justice |
| *Admitted Pro hac vice* | Environment & Natural Resources Division |
| Center for Biological Diversity | Wildlife & Marine Resources Section |
| San Francisco Bay Area Office | Benjamin Franklin Station, P.O. Box 7369 |
| 1095 Market Street, Suite 511 | Washington, D.C. 20044-7369 |
| San Francisco, CA 94103 | Tele: (202) 305-0219 |
| Telephone: (415) 436-9682 | Fax: (202) 305-0275 |
| Facsimile: (415) 436-9683 | |
| jaugustine@biologicaldiversity.org | Attorneys for Defendants |

Attorneys for Plaintiff

## [PROPOSED] **ORDER**

The terms and conditions of the foregoing Stipulated Settlement Agreement are hereby adopted as an ORDER of this Court.  Accordingly, it is hereby ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

Dated: this _____ day of _____, 2005.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE